**Donna Faye WILSON, Plaintiff–Appellant,**

v.

**OFFICE OF THE ATTORNEY GENERAL OF N.Y. and City of Syracuse, in care of: Mayor Matthew Driscoll at City Hall (offices and subdivisions specified and named in the claim), St. Joseph's Hospital Health Center, a Syracuse City Public Hospital (in care of Hospital Administration), Defendants.**

**No. 03–9280.**

United States Court of Appeals, Second Circuit.

Sept. 27, 2004.

Donna Faye Wilson, Syracuse, NY., for Plaintiff–Appellant, pro se.

Wayne L. Benjamin, Deputy Solicitor General, for Eliot Spitzer, Attorney General of the State of New York, Albany, NY, for Defendant, Office of the Attorney General of New York.

Catherine E. Carnike, Assistant Corporation Counsel, for Terri Bright, Corporation Counsel of Syracuse, (John G. Stone, Senior Assistant Corporation Counsel), Syracuse, NY, for Defendant, City of Syracuse, of counsel.

Samuel C. Young, Costello, Cooney & Fearon, PLLC, Syracuse, NY, for Defendant, St. Joseph's Hospital Health Center.

Present: CALABRESI, SACK, and RAGGI, Circuit Judges.

## SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court be and it hereby is AFFIRMED.**

Plaintiff–Appellant Donna Faye Wilson brought suit alleging a host of civil rights violations. The district court (Scullin, *C.J.*) dismissed Wilson's complaint with prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

Although dismissals with prejudice under 28 U.S.C. § 1915 are disfavored, there are some unusual circumstances where they are appropriate. This case, for the reasons given by the district court, represents one such instance. We have consid-

ered all of Plaintiff's claims and find them to be without merit. The district court's judgment is therefore AFFIRMED.